IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSHUA WILLIS AND ROBERT THOMPSON, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| PLAINTIFFS, | § § | |
| v. | § § | CIVIL ACTION NO. 1:09-cv-00799-LY |
| PERRY HOMES, A JOINT VENTURE, AND PERRY HOMES, LLC | § § § | COLLECTIVE ACTION (JURY DEMANDED) |
| DEFENDANTS. | § § § | |

## DECLARATION OF JOSHUA WILLIS

Pursuant to 28 U.S.C. §1746, I state under penalty of perjury that the following is true and correct:

1.       My name is Joshua Willis. I am of sound mind, over twenty-one (21) years of age and capable of making this declaration.

2.       I was previously employed by Perry Homes, A Joint Venture and/or Perry Homes, LLC (collectively, "Perry Homes") from approximately May 2006 until January 2009 in the Austin area. I worked for Perry Homes in construction as an assistant project manager and later as a project manager.

3.       I only worked for Perry Homes in the Austin area, and I never worked for Perry Homes in any other city. However, during the time that I worked for Perry Homes, they had offices, employed construction assistant project managers and project managers, and built homes in the following geographic areas and cities: Austin, San Antonio, Houston, McAllen, Fort Worth and Dallas.

4.       I have lived in Austin since January 1999. Since my employment with Perry Homes ended, I have remained living and working in the Austin area. I continue to live in the Austin area to this day.

5.       While working at Perry Homes, I was denied overtime compensation for the work that I performed in the Austin area (including surrounding suburban areas). Witnesses to these violations and the hours that I worked will likely be residents of Austin.

6.       I have chosen the Western District of Texas as the appropriate forum to bring my lawsuit because I reside in Austin, potential witnesses reside in Austin, and all of the action upon

EXHIBIT

tabbies

1

which I am basing my complaint occurred in the Austin area. This lawsuit is the only lawsuit that I have ever brought or been involved in seeking overtime compensation from Perry Homes.

Executed on December $\underline{2}$ , 2009

By: _____

JOSHUA WILLIS