IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2010 OCT 18  PM 4: 17
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY

| | | |
|---|---|---|
| BONITA SANDBERG, MICHAEL WAGNER, AND KYLE SISSON, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br>　　　　PLAINTIFFS,<br><br>V.<br><br>PERRY HOMES, A JOINT VENTURE AND PERRY HOMES, LLC,<br>　　　　DEFENDANTS. | § § § § § § § § § § § § | CIVIL NO. A-09-CA-763-LY |
| JOSHUA WILLIS AND ROBERT THOMPSON, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br>　　　　PLAINTIFFS,<br><br>V.<br><br>PERRY HOMES, A JOINT VENTURE AND PERRY HOMES, LLC,<br>　　　　DEFENDANTS. | § § § § § § § § § § § § | CIVIL NO. A-09-CA-799-LY |

## ORDER

Before the Court are the above-referenced causes. On October 18, 2010, counsel for all parties notified the Court by telephone that the parties have reached a tentative settlement and request a fairness hearing on their settlement in these cause.

**IT IS THEREFORE ORDERED** that the above-referenced causes are **SET** for a Fairness Hearing in Courtroom 1, Second Floor, United States Courthouse, 200 W. 8 th Street, Austin, Texas 78701, on **Monday, November 22, 2010, at 9:00 a.m.**

SIGNED this __18th__ day of October, 2010.

```
_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE
```